| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br>L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | FOR COURT USE ONLY |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 13<br><br>CASE NUMBER 1:10-bk-21532-GM |
| In re<br><br>    Doris D Estrada<br><br><br><br>                                            Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, __Doris D Estrada__ *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on __9/14/2010__.

2. I am the owner of real property[1] at the following street address:

    __8027 Louise Avenue__

    __Northridge, CA 91325_____ (the "Property").

3. The Property is encumbered by the following deeds of trust:

    a. First deed of trust in favor of __Bac Home Loans Servicing__.

    b. Second deed of trust in favor of __US Bank__ *(if applicable)*.

    c. Third deed of trust in favor of ____ *(if applicable)*.

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                   **F 3015-1.4**
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                Best Case Bankruptcy

Declaration Setting Forth Postpetition, Preconfirmation Deed Of Trust Payments      F 3015-1.4
Local Bankruptcy Rule 3015-1(m) - Page 2 of 3

| In re | | CHAPTER 13 |
|---|---|---|
| Doris D Estrada | Debtor(s). | CASE NUMBER 1:10-bk-21532-GM |

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| Bac Home Loans Servicing | $1,073.55 | 1-15th October 2010 | 09/30/2010 |
| | | | |
| | | | |
| Creditor | | | |
| | | | |
| | | | |
| | | | |
| Creditor | | | |
| | | | |
| | | | |
| | | | |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

(Continued on next page)

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                          F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                Best Case Bankruptcy

Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments — F 3015-1.4
Local Bankruptcy Rule 3015-1(m) - Page 3 of 3

| In re<br>Doris D Estrada | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 1:10-bk-21532-GM |

6. Attached to this declaration are copies of the:

☒ cashier's checks,    ☐ money orders,    ☐ certified funds, or

☐ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

☒ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

☐ acknowledgment(s) signed by the Creditor's representative, or

☐ other documents that prove delivery of the Payments described in Paragraph 4 above.

I declare under penalty of perjury that the foregoing is true and correct.

Date October 14, 2010       Signature /s/ Doris D Estrada
                                         Doris D Estrada
                                         Debtor

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                 F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                        Best Case Bankruptcy



Keep this receipt as a record of your purchase.

Mortgage Payment
October 2010

FOR YOUR PROTECTION SAVE THIS COPY
**CASHIER'S CHECK**

**Customer Copy**

1082505154

09/30/2010

California

Remitter  DORIS ESTRADA

$ **********2,073.55 ***

Pay To The Order Of    BAC HOME LOAN SERVICING LP
ACC# 083066695

Drawer: JPMORGAN CHASE BANK, N.A.

**NON NEGOTIABLE**

**TERMS**
KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION.
PLEASE CONTACT CHASE TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THIS ITEM.

282111107 NEW 01/08 8810004306

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**CASHIER'S CHECK**

1082505154  91-2/1221

Date  09/30/2010

Remitter  DORIS ESTRADA

Pay:  TWO THOUSAND SEVENTY THREE DOLLARS AND 55 CENTS

$ **********2,073.55 ***

Pay To The Order Of    BAC HOME LOAN SERVICING LP
ACC# 083066695

Drawer: JPMORGAN CHASE BANK, N.A.

*Michael Andrews*
Senior Vice President
JPMorgan Chase Bank, N.A.
Phoenix, AZ

⑆1082505154⑆ ⑇122100024⑇ 806002234⑆

**SENDER: ... SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ENT PROCES...
☐ Agent
☐ Addressee

B. Received by (Printed Name)  OCT 0 1 2010  C. Date of Delivery

1. Article Addressed to:

Att: Remittance Processing
P.O. Box 515503
Los Angeles, CA 90051-6803

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from serv...)  7010 1670 0000 4439 5076

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

LOS ANGELES CA 90051    0171

| | |
|---|---|
| Postage | $0.44 |
| Certified Fee | $2.80 |
| Return Receipt Fee (Endorsement Required) | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $5.54 |

Postmark Here  09/30/2010

Sent To: Att: Remittance Processing
Street, Apt. No.; or PO Box No.: P.O. Box 515503
City, State, ZIP+4: Los Angeles, CA 90051-6803

7010 1670 0000 4439 5076