L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939  Fax (213)388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO DIVISION**

| In Re:<br><br>Doris D Estrada<br><br>Debtor(s) | **CHAPTER 13**<br>CASE NO: 1:10-BK-21532-GM<br><br>DECLARATION OF DEBTOR RE: CHAPTER 13 TRUSTEE PAYMENTS [NO HEARING REQUIRED] |
|---|---|

I, Doris D Estrada, am the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

On October 09, 2010 I sent my Chapter 13 Plan Payment $ 300.00 to my Chapter 13 Trustee **Elizabeth Rojas** to the following address: **CHAPTER 13 TRUSTEE, PO BOX 512566, Los Angeles, CA 90051-0566.** See attached copy of the money order(s). This payment is for the month of October 2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 14, 2010

_____
Debtor

1



1-866-280-3270

p.4

