L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939  Fax (213)388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO DIVISION**

| | |
|---|---|
| In Re:<br><br>Doris D Estrada<br><br>Debtor(s) | **CHAPTER 13**<br>CASE NO: 1:10-BK-21532-GM<br><br>DECLARATION OF DEBTOR RE: CHAPTER 13<br>TRUSTEE PAYMENTS [NO HEARING REQUIRED] |

I, Doris D Estrada, am the debtor in this case, and the statements made herein are true and of my own

knowledge and if called upon and sworn, I could and would testify competently thereto.

On October 09, 2010 I sent my Chapter 13 Plan Payment $ 300.00 to my Chapter 13 Trustee

Elizabeth Rojas to the following address: **CHAPTER 13 TRUSTEE, PO BOX 521566, Los Angeles, CA**

**90051-0566.** See attached copy of the money order(s). This payment is for the month of November

2010.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Dated: November 12, 2010

Don3 EStroder
Debtor

1



282111107 NBW 61/06 861000420B

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK          HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**CHASE** ◯                    | **MONEY ORDER** |

1082505156 $\frac{91-2}{1221}$

Date  10/20/2010

Pay To The
Order Of   *Chapter 13 Trustee*                    $ ***********300.00***

Pay      THREE HUNDRED DOLLARS AND 00 CENTS

*Doris D. Estrada*
SENDER
*8027 Louise ave Northridge, CA 91325*
ADDRESS:
NOT VALID FOR MORE THAN $1000.00

MEMO *Case# 1:10-BK-21532-GM*          JPMorgan Chase Bank, N.A.
Phoenix, AZ

⑈1082505156⑈ ⑆122100024⑆ 806002218⑈

**NOTES**

Chapter 13 Trustee
16060 Ventura Blvd, Ste 240
Sherman Oaks, CA 91436

# RECEIPT

DATE 10/20/10   NO. 6945

RECEIVED FROM Estrada

ADDRESS 10-21532.GM

$ 300.00

FOR PP

#5196

| ACCOUNT | | | HOW PAID | |
|---|---|---|---|---|
| 300 | | | | |

BY

©1997 REDIFORM® 8L808