| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br>CASE NUMBER 1:10-bk-21532-GM |
|---|---|
| In re<br><br>Doris D Estrada<br><br><br>Debtor(s). | DECLARATION SETTING FORTH<br>POSTPETITION, PRECONFIRMATION<br>DEED OF TRUST PAYMENTS<br><br>LOCAL BANKRUPTCY<br>RULE 3015-1(m) |

I, __Doris D Estrada__ (Debtor's name), hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on __9/14/2010__.

2. I am the owner of real property[1] at the following street address:

   __8027 Louise Avenue__

   __Northridge, CA 91325_____ (the "Property").

3. The Property is encumbered by the following deeds of trust:

   a. First deed of trust in favor of __Bac Home Loans Servicing__.

   b. Second deed of trust in favor of __US Bank__ (if applicable).

   c. Third deed of trust in favor of ____ (if applicable).

(Continued on next page)

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

F 3015-1.4

Best Case Bankruptcy

Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments
Local Bankruptcy Rule 3015-1(m) - Page 2 of 3

F 3015-1.4

| In re | CHAPTER 13 |
| --- | --- |
| Doris D Estrada | |
| Debtor(s). | CASE NUMBER 1:10-bk-21532-GM |

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
| --- | --- | --- | --- |
| | $2,073.55 | 1-15th October 2010 | 0/01/2010 |
| Bac Home Loans Servicing | $2,073.55 | 1-15th November 2010 | 1/04/2010 |
| Creditor | | | |
| | | | |
| Creditor | | | |
| | | | |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

(Continued on next page)

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy

Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments
Local Bankruptcy Rule 3015-1(m) - Page 3 of 3

F 3015-1.4

| In re | | CHAPTER 13 |
|---|---|---|
| Doris D Estrada | | |
| | Debtor(s). | CASE NUMBER 1:10-bk-21532-GM |

6. Attached to this declaration are copies of the:

   ☒ cashier's checks,    ☐ money orders,    ☐ certified funds, or

   ☐ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☒ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☐ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Date  October 14, 2010                    Signature  *Doris Estrada*
                                                      Doris D Estrada
                                                      Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy



Keep this receipt as a record of your purchase.

*Mortgage Payment November 2010*

FOR YOUR PROTECTION SAVE THIS COPY
**CASHIER'S CHECK**

Customer Copy

1082505548

10/30/2010

California

Remitter  DORIS ESTRADA

$ **********2,073.55 ***

Pay To The Order Of   BAC HOME LOANS SERVICING, LP
ACCT# 083066695

Drawer: JPMORGAN CHASE BANK, N.A.
**NON NEGOTIABLE**

TERMS
KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION.
PLEASE CONTACT CHASE TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THIS ITEM.

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK     CASHIER'S CHECK    HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK



1082505548  91-2/1221

Date  10/30/2010

Remitter  DORIS ESTRADA

Pay:  TWO THOUSAND SEVENTY THREE DOLLARS AND 55 CENTS

$ **********2,073.55 ***

Pay To The Order Of   BAC HOME LOANS SERVICING, LP
ACCT# 083066695

Drawer: JPMORGAN CHASE BANK, N.A.

*Michael Andrews*
Senior Vice President
JPMorgan Chase Bank, N.A.
Phoenix, AZ

⑆1082505548⑆ ⑈122100024⑈ 806002234⑉

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )    C. Date of Delivery<br>NOV 0 4 2010 |
| 1. Article Addressed to:<br><br>BAC Home Loans Servicing, LP<br>Attn: Remittance Processing<br>P.O. Box 515503<br>Los Angeles, CA 90051-6603 | D. Is delivery address different from Item 1?  ☐ Yes<br>If YES, enter delivery address below:   ☐ No |
|  | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
|  | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)   7010 1670 0000 4439 5113 | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540 | |